IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMELIA HARRIS,          )<br>    Plaintiff,          )<br>                               )<br>v.                             )<br>                               )<br>CAROLYN W. COLVIN,  )<br>Acting Commissioner of Social Security,  )<br>    Defendant.         ) | Civil Action No.:<br>3:12-CV-00815-FDW-DSC |

## CONSENT ORDER

THIS CAUSE is before the Court upon the Motion of the Commissioner seeking to stay proceedings in this case.

Upon consideration of the Motion of the Commissioner, and for the reasons stated in her Motion and for good cause shown,

IT IS ORDERED that this case is STAYED pending further order of this Court.

**SO ORDERED**.

Signed: October 1, 2013

David S. Cayer
United States Magistrate Judge