IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMELIA HARRIS,<br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | Civil Action No.:<br>3:12-CV-00815-FDW-DSC |

## CONSENT ORDER

**THIS MATTER** before the Court sua sponte. After conferring with the chambers of the Honorable Frank D. Whitney, the STAY entered in this matter is LIFTED.

The Defendant's dispositive motion and accompanying brief is due on or before November 4, 2013.

**SO ORDERED**.

Signed: October 17, 2013

_____
David S. Cayer
United States Magistrate Judge